Slip Op. 03 - 68

# *UNITED STATES COURT OF INTERNATIONAL TRADE*

_____

|  |  |  |
|---|---|---|
| DREXEL CHEMICAL COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Before: MUSGRAVE, JUDGE** |
| | : | |
| THE UNITED STATES, | : | Court No. 98-02-00295-S |
| | : | |
| Defendant. | : | |
| | : | |

_____:

**AMENDED JUDGMENT**

Upon consideration of the Consent Motion to Amend the Judgment Pursuant to Rule 59(e) and good cause having been shown, it is hereby;

**ORDERED** that, for the reasons set forth in the Consent Motion to Amend the Judgment Pursuant to Rule 59(e), the Consent Motion is granted; and it is further

**ORDERED** that the United States pay interest to Drexel as provided by 28 U.S.C. § 2644 and 19 U.S.C. § 1505.

_____
R. KENTON MUSGRAVE, JUDGE

Dated: June 27, 2003
New York, New York